# **EXHIBIT D**

**BanIsh Law**

John A. Lee
Banie & Ishimoto LLP
3705 Haven Ave. #137
Menlo Park, CA 94025
Phone: 650-241-2774
Email: jlee@banishlaw.com

VIA U.S. MAIL

June 5, 2020

Mr. Derrick Porter
Beauty Industry Group Opco, LLC
631 N. 400 W.
Salt Lake City, UT 84103

Re:   Infringement of Landmark Technology A, LLC's Patent Rights

Dear Mr. Porter:

In March, Landmark offered a non-exclusive license to its '508 patent for $65,000. A month has elapsed and Beauty Industry Group Opco has not responded to Landmark.

The current amount for a non-exclusive license to Landmark's '508 patent expires July 17, 2020. Please contact me as soon as possible.

Very truly yours,

John A. Lee
Partner
BANIE & ISHIMOTO LLP

Page 1 of 1